IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BASIL GIBBS,

        Plaintiff,

vs.

                                          Civil Action 2:12-cv-0017
                                          Judge Sargus
                                          Magistrate Judge King

PHILADELPHIA POLICE DEPARTMENT,
et al.,

        Defendants.

## ORDER

    Detective Michael Wojciehowski, the only defendant remaining in the action, filed a motion to dismiss on December 12, 2012. Doc. No. 30. Plaintiff, who had made no response to the motion, was granted until March 20, 2013 to respond to the motion, *Order*, Doc. No. 32, and was warned that his failure to respond could be construed as an abandonment of the litigation and could result in the dismissal of the action for failure to prosecute. *Id.* There has still been no response to the motion to dismiss.

    It appears that plaintiff has abandoned the litigation. This action is hereby **DISMISSED** for failure to prosecute. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

 

   3-22-2013                                                            
    Date                                                         Edmund A. Sargus, Jr.
                                                        United States District Judge