AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BASIL GIBBS,**

    **Plaintiff,**

**v.**

**PHILADELPHIA POLICE
DEPARTMENT, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 2:12-CV-0017
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed March 22, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 22, 2013

JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk